■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ARAMAS, Also Known as LUIS ARAMIS, Also Known as LUIS ARENAS, Appellant. [672 NYS2d 702] —Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered March 8, 1989, convicting defendant, after a jury trial, of six counts of murder in the second degree and one count each of robbery in the first degree, burglary in the first degree and criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to three consecutive terms of 25 years to life to run concurrently with three concurrent terms of 25 years to life, two concurrent terms of 12½ to 25 years, and a concurrent term of 7½ to 15 years, unanimously affirmed.

By consenting to the joinder of defendant's and the co-defendant's indictment, by failing to request severance and by explicitly requesting a limiting instruction when the court admitted the statement of the non-testifying co-defendant, defendant has waived his present claim that he was denied the right of confrontation (*see, People v Graham*, 228 AD2d 299, *lv denied* 88 NY2d 985). In any event, given the overwhelming evidence of guilt, the *Bruton* error (*Bruton v United States*, 391 US 123) was harmless beyond a reasonable doubt (*see, People v Hamlin*, 71 NY2d 750, 758).

Review of defendant's claim of ineffective assistance of counsel would require a further record to be developed by way of an appropriate motion pursuant to CPL 440.10 (*see, People v Love*, 57 NY2d 998). Based on the existing record, we find defendant was afforded the effective assistance of counsel (*see, People v Hobot*, 84 NY2d 1021, 1024; *People v Baldi*, 54 NY2d 137).

We have considered defendant's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Rosenberger, Nardelli, Wallach and Rubin, JJ.